Doris MAGEE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 24-78

January 11, 1979. Claimant should not have been disqualified from benefits, it being conceded that there was no offer of suitable work, 21 V.S.A. § 1343(a)(3); *Calabi* v. *Department of Employment Security*, 135 Vt. 392, 376 A.2d 349 (1977). The order denying benefits and ordering repayment is reversed and the cause remanded for the award of benefits, if appropriate.